UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY GARRISON,**

      **Plaintiff,**

v.                                                                       Case No:  6:13-cv-1963-Orl-36KRS

**CATHY LOYD, JOSHUA PIERCE,
WALT GRIFFIN, SEMINOLE
COUNTY SCHOOL BOARD, JOE DOE,
JUAN DIAZ, ENDEAVOR SCHOOL,
DON ESLINGER, CARLA DIAZ,
BRETT MARSHALL and NED JULIAN,**

      **Defendants.**

_____/

### O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on January 30, 2014 (Doc. 6). In the Report and Recommendation, Judge Spaulding recommends that the Court dismiss this case without prejudice to Plaintiff filing an action through counsel. The Magistrate Judge also recommends that the Court deny, without prejudice, Plaintiff's motion to proceed in *forma pauperis*, and deny, without prejudice, Plaintiff's motion to appoint counsel and motion to extend time to locate an attorney. Plaintiff filed an objection to the Report and Recommendation on February 12, 2012 (Doc. 7); in which he disputes the Magistrate Judge's conclusion that this lawsuit is frivolous. However, Plaintiff agrees with the recommendation that this matter be dismissed without prejudice. Upon consideration of the Report and Recommendation, the objection by Plaintiff and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

      **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is **adopted, confirmed, and approved** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Appointment of Counsel (Doc. 3) is **DENIED without prejudice.**

(3) Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 4) is **DENIED without prejudice.**

(4) Plaintiff's Motion for Extension of Time (Doc. 5) is **DENIED without prejudice.**

(5) This case is **DISMISSED without prejudice** to Plaintiff filing an action through counsel.

(6) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on March 12, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Karla R. Spaulding
Counsel of Record